1
2
3
4
5

TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

6
7
8
9
10

*Of Counsel to*
Lemberg Law LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT  06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

11
12

Attorneys for Plaintiff,
John Anselmo

13
14
15
16
17

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| John Anselmo, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| DWW AZ, INC. d/b/a Right Honda, | |
| Defendant. | **JURY TRIAL DEMANDED** |

For this Complaint, Plaintiff, John Anselmo, by and through his undersigned counsel, states as follows:

## JURISDICTION

1.      This action arises out of Defendant's violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (the "FCRA").

2.      Jurisdiction is conferred by 15 U.S.C. § 1681(p) and 28 U.S.C. § 1367.

3.      Venue is proper pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this district and a substantial portion of the acts giving rise to this action occurred in this district.

## PARTIES

4.      Plaintiff, John Anselmo (hereafter "Plaintiff"), is an adult individual residing in Scottsdale, Arizona, and is a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

5.      Defendant, DWW AZ, INC., d/b/a Right Honda (hereafter "Defendant"), is an Arizona corporation with an address of 7875 E Frank Lloyd Wright Boulevard, Scottsdale, Arizona 85260, and is engaged in the business of selling motor vehicles. Defendant furnishes consumer information to Credit Reporting Agencies ("CRAs").

## FACTUAL ALLEGATIONS

6.      On or about July 4, 2015 Plaintiff's son, Stephen Anselmo ("Stephen"), purchased a vehicle from the Dealership.

2

7.     Stephen could not pay the vehicle's purchase price in full; therefore, Defendant agreed to sell the vehicle on credit ("Agreement").

8.     Upon information and belief, Defendant sought to assign the Agreement to a third-party creditor and therefore pulled Stephen's credit report and submitted his credit application to various creditor's for review.

9.     At or around the same time and for unknown reasons, Defendant pulled Plaintiff's credit report and submitted it to various creditor's for review.

10.     Upon information and belief, Defendant possessed Plaintiff's personal information and social security number because Plaintiff had been a co-signer on a previous unrelated credit agreement between Defendant and Stephen relating to a different vehicle.

11.     Plaintiff never consented to Defendant pulling his credit report for any purpose.

12.     As such, Defendant did not have a permissible purpose to obtain Plaintiff's credit report.

13.     Because of Defendant's hard credit report inquiry, Plaintiff's credit score dropped approximately thirty (30) points.

3

## COUNT I
## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C. § 1681, *et seq*.

14.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15.     15 U.S.C. § 1681b permits access to consumer reports for several specific, enumerated permissible purposes.

16.     Defendant obtained Plaintiffs' credit reports without a permissible purpose, in violation of 15 U.S.C. § 1681b(f).

17.     As a result of Defendant's violation of § 1681b(f), Plaintiff is entitled to damages, costs and attorney's fees pursuant to 15 U.S.C. § 1681n(a).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendants, jointly and severally, as follows:

1. Statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(B);

2. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

3. Attorney's fees and costs pursuant to 15 U.S.C. § 1681n(a)(3); and

4. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

4

1

DATED:  January 27, 2016                    LEMBERG LAW, LLC

2

3

4                                           By: _/s/  Trinette G. Kent_____

5                                           Trinette G. Kent

6                                           Attorney for Plaintiff

7                                           John Anselmo

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28