# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Anselmo, | Case No.: 2:16-CV-00222 PHX-SRB |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| DWW AZ, Inc., d/b/a Right Honda; | |
| Defendant. | |

Pursuant to stipulation by the parties,

**IT IS HEREBY ORDERED** dismissing this cause with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 27th day of May, 2016.

_____
Susan R. Bolton
United States District Judge